**Emmanuel CABALLER–CAMACHO,**
**Plaintiff, Appellant,**

v.

**UNITED STATES of America,**
**Defendant, Appellee.**

No. 05–2503.

United States Court of Appeals,
First Circuit.

May 18, 2006.

Dennis J. Cruz Pérez and Cruz, Rivera & Alvarez–Westwood, on brief for appellant.

Miguel A. Fernández and Fidel A. Sevillano Del Río, Assistant United States Attorneys, and H.S. García, United States Attorney, on brief for appellee.

Before TORRUELLA and LYNCH, Circuit Judges, and YOUNG, District Judge.*

PER CURIAM.

This appeal involves a claim brought under the Federal Tort Claims Act, 28

* Of the District of Massachusetts, sitting by designation.

U.S.C. §§ 1346, 2671 *et seq.*, against a doctor at a Veterans Administration clinic. After careful review of the record, we discern no clear error in any of the district court's findings. *Primus v. United States,* 389 F.3d 231, 237 (1st Cir.2004). Particularly, the district court's assessment of witness credibility was hardly clearly erroneous.

Since the appellant did not include the district court's findings and rulings in his addendum and apparently deliberately refrained from citing them, we award double costs to appellee. Fed. R. App. P. 30(a)(1); 1st Cir. R. 28(a)(1), 38.

**Affirmed. Double costs to appellee.**